Florindo S. Polo, Respondent, v. Rogreen Realty Company, Inc., Appel-

lant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict herein is clearly a compromise verdict.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.